# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 22, 2016

### NO. 03-16-00418-CV

**Christopher Jason Medina, Appellant**

**v.**

**Kimberley Annette Medina, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on September 25, 2013. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.